FILED

APR 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   NO. CR 06-00054 RS- RMW
                           )
              Plaintiff,   )   [PROPOSED] ORDER MODIFYING
                           )   TRAVEL RESTRICTIONS
v.                         )
                           )
ERIC ROLFE,                )
                           )
              Defendant.   )
_____)

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Eric Rolfe shall be allowed to travel within all the Districts if Kansas and Missouri.

It is further ordered that Mr. Rolfe shall communicate with Pretrial Services before leaving and upon returning to the Districts of Kansas and Missouri as directed by Pretrial Services.

All other bond conditions shall remain the same.

IT IS SO ORDERED.

DATED: 4/5/06

Honorable Richard Seeborg
United States District Court