**FILED**

MAY 16 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC ROLFE,<br><br>    Defendant. | NO. CR 06-00054 RS- RMW<br><br>[~~PROPOSED~~] TRAVEL ORDER |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Eric Rolfe shall be allowed to travel to Chicago, Illinois from July 19, 2006 until July 23, 2006. It is further ordered that Mr. Rolfe shall communicate with Pretrial Services before leaving and upon returning to the Western District of Missouri as directed by Pretrial Services. All other bond conditions shall remain the same.

IT IS SO ORDERED.

DATED: May 16, 2006

_____
Honorable Richard Seeborg
United States District Court

[Proposed] Travel Order                     -1-