IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S.A.,<br><br>            Plaintiff,<br><br>  v.<br><br>ERIC ROLFE,<br><br>            Defendant. | **\*E-FILED - 10/26/06\***<br><br>CASE NO.: CR-06-00054-09-RMW<br><br>**ORDER MODIFYING PROBATION** |

     For good cause shown, and pursuant to Fed.R.Crim.P.32.1, the Court hereby modifies the terms of defendant's probation by deleting the condition requiring the defendant to serve nine (9) months in a community confinement facility. The Court substitutes therefore, nine (9) months of home confinement with electronic monitoring pursuant to the following special condition:

     The defendant shall participate in the home confinement with electronic monitoring program and shall abide by all the requirements of the program for a period of nine (9) months. The defendant shall pay the cost of monitoring at the prevailing rate unless it is determined by the Probation Officer that he has an inability to pay. A co-payment amount will then be determined by the Probation Officer. The defendant is restricted to his residence at all times except for activities which have been pre-approved by the Probation Officer, including employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or court ordered obligations. During the term of home confinement, the defendant shall abstain from the use of alcohol and shall submit to drug or alcohol testing as directed by the Probation Officer.

All other special conditions of probation remain as previously ordered in the judgment filed on August 22, 2006.

**IT IS SO ORDERED.**

DATED:  October 26, 2006

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

1
2   Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28